STATE OF TENNESSEE

# Office of the Attorney General



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **07/08/2013**

**ROBERT E. COOPER, JR.**
ATTORNEY GENERAL AND REPORTER

**LUCY HONEY HAYNES**
CHIEF DEPUTY ATTORNEY GENERAL

**LAWRENCE HARRINGTON**
CHIEF POLICY DEPUTY

CORDELL HULL AND JOHN SEVIER STATE
OFFICE BUILDINGS

MAILING ADDRESS
P.O. BOX 20207
NASHVILLE, TN 37202

**BILL YOUNG**
SOLICITOR GENERAL

TELEPHONE (615) 741-3491
FACSIMILE (615) 741-2009

June 28, 2013

**By e-mail: Furman_NYSDChambers@nysd.uscourts.gov**
The Honorable Jesse M. Furman
United States District Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *In re Standard & Poor's Rating Agency Litigation*,
No. 13-MD-2446 (JMF)
<u>Designation of Lead and Liaison Counsel</u>

*<u>This Document Relates to All Actions</u>*

Dear Judge Furman:

    I write to the Court on behalf of the plaintiffs, the Attorneys General of Arizona, Arkansas, Colorado, Delaware, the District of Columbia, Idaho, Iowa, Maine, Mississippi, Missouri, North Carolina, Pennsylvania, South Carolina, Tennessee and Washington (collectively, the "States") as proposed lead counsel pursuant to Your Honor's June 12, 2013 Order.

    The States have conferred and, by unanimous consensus, respectfully request that the Court designate Olha N.M. Rybakoff of the Tennessee Attorney General's Office as Lead Counsel and Gregory C. Strong of the Delaware Department of Justice as Liaison Counsel in the above-referenced action.

    We attach with this letter, the Curriculum Vitae and Certificates of Good Standing for Ms. Rybakoff (Exhibit A) and Mr. Strong (Exhibit B).

The States thank the Court for its time and consideration of this matter and respectfully request that the Court endorse the unanimous selection of Olha N.M. Rybakoff as Lead Counsel and Gregory C. Strong as Liaison Counsel in the above-referenced action.

Respectfully submitted,

Olha N.M. Rybakoff
Proposed Lead Counsel for the States

Gregory C. Strong
Proposed Liaison Counsel for the States

Enclosure:   Curriculum Vitae and Certificates of Good Standing
             For Ms. Rybakoff and Mr. Strong

cc: All Counsel of Record (by electronic mail)

SO ORDERED.

Jesse M. Furman
United States District Judge

July 8, 2013

# Exhibit A

**Olha N.M. Rybakoff**
Office of the Tennessee Attorney General 425 5th Avenue North ● Nashville, TN 37243
olha.rybakoff@ag.tn.gov ● (615) 532-2590

**Relevant Experience:**

Office of the Tennessee Attorney General, Nashville, TN          April 2005 – Present
*Senior Counsel, Consumer Advocate and Protection Division*

    Serve as first chair in multiple complex consumer protection enforcement cases in state and federal court.  Handle numerous regional and national multistate enforcement cases and sweeps requiring coordination with state consumer protection counterparts and often federal agencies.  Obtain significant restitution recoveries for victims of predatory lending, telemarketing fraud, deceptive internet sales, deceptive advertising, and prescription drug/pharmacy card scams.

Delaware Department of Justice, Wilmington, DE
*Director, Consumer Protection Unit*                                            1999 – April 2005
*Deputy Attorney General, Consumer Protection Unit*               August 1997 - 1999

    As Director, managed civil and criminal consumer protection enforcement division and consumer complaint clearinghouse.  Served as first chair in multiple complex consumer protection enforcement cases in state courts.  Obtained significant restitution recoveries for consumer victims of unfair and deceptive trade practices.

Connolly, Bove, Lodge & Hutz, Wilmington, DE                          1983 – 1996
*Attorney*

    Handled intellectual property, general and commercial litigation cases as plaintiff's and defense counsel  in various state and federal courts in Delaware and throughout the country.

**Bar Admissions:**

Delaware Supreme Court (1984)
United States District Court for the District of Delaware (1985)
United States Supreme Court (1991)
United States Court of Appeals for the Third Circuit (1991)
Tennessee Supreme Court (2005)
United States Court of Appeals for the Sixth Circuit (2008)
United States District Court for the Middle District of Tennessee (2007)
United States District Court for the Eastern District of Tennessee (2012)

**Education:**

William Mitchell College of Law, St. Paul, Minnesota, J.D. (1984)
College of St. Catherine, St. Paul, Minnesota, B.A. (1981)

**Relevant Consumer Protection Enforcement Litigation**

*State of Tennessee v. Mountain Area Communications, et al.*, No. 2:12-cv-00053 (E.D. Tenn.) (telemarketing fraud enforcement action)

*Federal Trade Commission and State of Tennessee v. United States Benefits, LLC, et al.*, No. 3:10-cv-00733 (M.D. Tenn.) (telemarketing fraud enforcement action)

*State of Tennessee v. Britlee, Inc., et al.*, No. 3:07-cv-00988 (M.D. Tenn.); *State of Tennessee v. Britlee, Inc., et al.*, No. 3:05-cv-00846 (M.D. Tenn.); and *State of Tennessee v. Britlee, Inc.*, No. 50500795 (Montgomery County Cir. Ct.) (enforcement action against predatory lenders targeting military which included two removals and successful remands to state court)

*State of Tennessee v. Consumer Depot, LLC, et al.*, No.  (Davidson County Cir. Ct.) (Internet fraud enforcement action)

*Lorillard Tobacco Co. v. American Legacy Foundation,* No. 579, 2005 (Del. Sup. Ct.) (represented 34 states submitting amici curiae brief in private tobacco case)

*State of Delaware, ex rel. Brady v. Pettinaro Enterprises*, C.A. No. 297-N (Del. Ch. Ct.) (unfair and deceptive construction and real estate development practices)

*Consumer Protection Div., Office of the Attorney General v. Nanticoke Homes, Inc.*, 1:02-cv-1670 (Del. Bankr. Ct.) (represented Maryland in consumer protection bankruptcy appeal)

*State of Delaware, ex rel. Brady v. Wellington Homes, Inc.*, C.A. No. 99C-09-168-JTV (Del. Super. Ct.) (unfair and deceptive construction and real estate development enforcement action)

*State of Delaware, ex rel. Brady v. 3-D Auto World*, C.A. No. 98C-02-275-WTQ (Del. Ch. Ct.) (auto dealer predatory lending enforcement action)

*State of Delaware, ex rel. Brady v. Publishers Clearing House*, C.A. No. 17756 (Del. Ch. Ct.) (unfair and deceptive sweepstakes promotion multistate litigation)

*State of Delaware, ex rel. Brady v. Preferred Florist Network, Inc.*, C.A. No. 18250 (Del. Ch. Ct.) (unfair and deceptive advertising enforcement action)

# Supreme Court of the United States
## OFFICE OF THE CLERK
## WASHINGTON, D. C. 20543



## OLHA NATALIA MARIA RYBAKOFF
## OF WILMINGTON, DE

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the sixteenth day of August, in the year one thousand nine hundred and ninety-one, and is now a member of the Bar of this Court in good standing.

> In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this twenty-fourth day of June 2013.

*William K. Suter*
*Clerk of the Supreme Court*
*of the United States*

By

Assistant Admissions Officer

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT
# CERTIFICATE OF GOOD STANDING

I, MARCIA M. WALDRON, Clerk of the United States Court of Appeals for the Third Circuit, do hereby certify that **Olha N.M. Rybakoff** was admitted to practice before this Court as an attorney and counselor on **May 29, 1991** and he or she has never been suspended nor disbarred, and is presently a member of the bar of this Court in good standing.

I DO FURTHER CERTIFY that there are no grievances or complaints pending before the Disciplinary Committee of this Court against said attorney and counselor.

        IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the seal of the said Court, at Philadelphia, this 21st day of June 2013.

        MARCIA M. WALDRON, Clerk
        United States Court of Appeals
        For the Third Circuit

By:

        Patricia S. Dodszuweit
        Chief Deputy Clerk

# UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

TO ALL WHOM IT MAY CONCERN, GREETINGS:

THIS IS TO CERTIFY THAT

### OLHA N.M. RYBAKOFF,

OF **NASHVILLE,** STATE OF **TENNESSEE,** WAS ON MOTION, FIRST MADE TO THE COURT ON **HIS** BEHALF, DULY ADMITTED AND QUALIFIED AS AN ATTORNEY AND COUNSELOR OF THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT ON THE **29th** DAY OF **APRIL,** IN THE YEAR OF OUR LORD TWO THOUSAND AND EIGHT, AND THAT **HE,** IS NOW IN GOOD STANDING.

In Testimony Whereof, I Deborah Hunt, Clerk of said Court, have hereunto set my hand and affixed the seal of the said Court, at the City of Cincinnati, Ohio this **21st** day of **June** in the year of our Lord two thousand and thirteen.



**Deborah S. Hunt**
Clerk, United States Court of Appeals for the Sixth Circuit

Ken Loomis
Deputy Clerk

Form 6CA-21
Revised January 2002

AO 136 Certificate of Good Standing
(Delaware, Rev. 2/99)

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF
## GOOD STANDING

I, JOHN A. CERINO, Clerk of the United States District Court for the District of Delaware,

DO HEREBY CERTIFY THAT

**Ohla N.M. Rybakoff, Esq., Delaware Bar I.D. # 2337,**

was duly admitted to practice in said Court

on April 1st, 1985

and is in good standing as a member of the bar of this Court.

Dated at Wilmington, Delaware                JOHN A. CERINO, Clerk, U.S. District Court

on **the 21st day of June, 2013**

BY: _____
Deputy Clerk
(Seal of the Court)



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**

} ss.

**MIDDLE DISTRICT OF TENNESSEE**

I, **KEITH THROCKMORTON**, Clerk of the United States District Court for the Middle District of Tennessee,

DO HEREBY CERTIFY That **OLHA N. M. RYBAKOFF** was duly admitted to practice in said Court on **October 31, 2007**, and is in good standing as a member of the bar of said Court.

Dated at Nashville, Tennessee on June 21st , 2013.



KEITH THROCKMORTON, CLERK

By _____
Deputy Clerk

(Rev. 1/12) Certificate of Good Standing

UNITED STATES DISTRICT COURT
**Eastern District of Tennessee**

**CERTIFICATE OF
GOOD STANDING**

*I, Debra C. Poplin, Clerk of the Eastern District of*

*Tennessee, certify that*

**Olha Natalia Maria Rybakoff**

*was duly admitted to practice in this Court*

*on May 14, 2012, and is in good standing as a member*

*of the Bar of this Court.*

Dated at *Chattanooga, Tennessee* on *June 21, 2013*.

*Debra C. Poplin, Clerk*

*Stefanie Capetz*
Deputy Clerk

## SUPREME COURT OF THE STATE OF DELAWARE

### CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Olha N. M. Rybakoff** was admitted to practice as an attorney in the Courts of this State on **December 12, 1984** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 19th day of June 2013.



Cathy L. Howard
Clerk of the Supreme Court



# CLERK OF THE SUPREME COURT

# STATE OF TENNESSEE

    *I, Michael W. Catalano, Clerk of the Supreme Court, do hereby certify that OLHA NATALIA MARIA RYBAKOFF is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.*

    *Date of Enrollment: September 6, 2005*

    *In testimony whereof, I have set my hand and affixed the seal of the Court on this the 20th day of June, 2013.*

*Michael W. Catalano, Clerk*

By _____ D.C.

# Exhibit B

# Gregory C. Strong

**Professional Experience**
**Delaware Department of Justice,** Wilmington, DE

Director of Consumer Protection Unit                                                                        July 2012 – Present
Supervise and manage thirty two employees, including 8 attorneys and 10 investigators.
Responsible for strategic planning and resource allocation.
Prosecute or litigate consumer fraud actions in Delaware Superior Court and administratively.
Work in conjunction with other state consumer protection agencies on NAAG multistate investigations.

Securities Commissioner                                                                                      December 2011 – June 2012
Supervised and managed twelve employees, including 2 attorneys and 4 investigators.
Responsible for strategic planning and resource allocation.

Securities Division                                                                                          January 2008 – November 2011
Securities regulation and enforcement. Supervised securities investigations to determine criminal or administrative violations of the Delaware Securities Act.
Represented the interests of the State of Delaware in a major civil litigation involving a request for judicial approval of a settlement resolving claims related to the securitization of residential mortgages.
Successfully litigated multiple cases with major broker dealers and investment advisors resulting in the payment of substantial fines and penalties to the State of Delaware.
Led Delaware's auction rate securities enforcement and settlement efforts, and participated in NASAA auction rate securities multi-state task force.
Secured guilty pleas or guilty verdicts as lead trial attorney in several criminal securities prosecutions involving racketeering and securities fraud.
2010 Distinguished Employee Award - Fraud and Consumer Protection Division.

Criminal Division                                                                                            September 2003 – December 2007
Lead attorney in more than 30 jury trials in the Delaware Superior Court and numerous bench trials in Superior, Common Pleas and Family Courts.
Specially assigned to prosecute financial crimes.
Obtained guilty verdict as lead attorney in three week trial of a contractor fraud prosecution.
Obtained guilty verdict and delivered closing argument as second chair attorney in capital murder trial involving a double homicide, *State of Delaware v. Ronald Hankins*.
Delivered closing arguments for prosecution team in the simultaneous homicide trials of two co-defendants before two juries.

**Bar Admissions**
        Delaware; District of Delaware; Pennsylvania (inactive).

**Education**
**Temple University: Beasley School of Law** and **Fox School of Business**, Philadelphia, PA
J.D. and M.B.A., May 2003
Dean's Certificate of Excellence
*Honors*     Temple University Beasley School of Law First Year Scholar Award
             Law School Dean's Honors List - Spring 2001, Fall 2002
             Distinguished Class Performance in Property and Securities Regulation
*Activities* Member - Political and Civil Rights Law Review
             Member - Temple L.E.A.P. Community Outreach and Philadelphia Futures Programs
             Teaching Assistant - Integrated Transactional Program
**Lehigh University**, Bethlehem, PA
B.S., Finance, June 1999

**Additional Experience**
**SEI Investments**, Wayne, PA                                                                              August 1999 - August 2000
*Investment Accountant*
Assigned responsibility for daily accounting, reconciliation of cash accounts, and verification of bond yields for fixed income mutual funds.
*Honors*
        Above and Beyond Award recipient - May and June 2000

**REPRESENTATIVE MATTERS LIST**

| Case Name | Causes of Action | Role/Specific Responsibilities |
|---|---|---|
| *In the matter of the Bank of New York Mellon, et al., for an order pursuant to C.P.L.R. § 7701, seeking judicial instructions and approval of a proposed settlement.*, Index No. 651786/2011 | Judicial approval of a proposed settlement resolving claims related to the securitization of residential mortgages. | Lead attorney representing the interests of the State of Delaware. Responsible for all phases of the litigation, including all court appearances and oral arguments. |
| *In the matter of the Bank of New York Mellon, et al., for an order pursuant to C.P.L.R. § 7701, seeking judicial instructions and approval of a proposed settlement.*, No. 1-11 cv 05988 (WHP) S.D.N.Y. | Judicial approval of a proposed settlement resolving claims related to the securitization of residential mortgages. | Lead attorney representing the interests of the State of Delaware. Responsible for all phases of the litigation, including all court appearances and oral arguments. Responsible for correspondence with the Court. |
| *In the Matter of Thomas A. Guido*, Securities Case No. 09-01-01 Before the Securities Commissioner of the State of Delaware | Securities Fraud and related securities act violations | Lead attorney responsible for all phases of litigation including: drafting administrative complaint, discovery, developing litigation and trial strategy, trial preparation, and settlement negotiations. |
| *In the Matter of E*Trade Securities LLC,* Securities Case No. 08-08-01 Before the Securities Commissioner of the State of Delaware | Failure to Supervise Sale of Auction Rate Securities | Lead attorney responsible for supervising investigation and all phases of litigation including: developing litigation and trial strategy, conducting settlement negotiations, and drafting consent order. |
| *In the Matter of Deutsche Bank Securities LLC,* Securities Case No. 09-07-01 Before the Securities Commissioner of the State of Delaware | Dishonest and Unethical Conduct and Failure to Supervise related to the Sale of Auction Rate Securities | Lead Delaware attorney responsible for coordinating investigation with the New Jersey Bureau of Securities and NASAA ARS task force. Responsible for all phases of litigation including: developing litigation and trial strategy, conducting settlement negotiations, and drafting consent order. |
| *In the Matter of Wilmington Trust Company, Inc. and Darren Jordan*, Securities Case No. 06-03-02 Before the Securities Commissioner of the State of Delaware | Securities Fraud | Lead attorney responsible for all phases of litigation including: review of previously filed administrative complaint, discovery, developing litigation and trial strategy, trial preparation, and settlement negotiations. |
| *State of Delaware v. Thomas Dolby*, Id. No. 1005012749, Del. Super. (Parkins, J.) | Criminal Racketeering, Securities Fraud | Lead attorney responsible for all phases of litigation including: drafting indictment, discovery, developing litigation and trial strategy, trial preparation, and plea negotiations. |

| | | |
|---|---|---|
| *State of Delaware v. Jamaar Manlove, et al.*, Id. No. 1001020628, Del. Super. (Silverman, J.) | Criminal Racketeering, Theft and related criminal charges | Lead attorney responsible for all phases of litigation including: drafting indictment, discovery, developing litigation and trial strategy, trial preparation, plea negotiations, and conducting the entire trial. |
| *State of Delaware v. Terrel Alexander, et al.*, Id. No. 1007005021, Del. Super. (Witham, J.) | Securities Fraud, Theft and related criminal charges | Lead attorney responsible for all phases of litigation including: drafting indictment, discovery, developing litigation and trial strategy, trial preparation, and plea negotiations. |
| *State of Delaware v. Paul Zugehoer*, Id. No. 0611012475, Del. Super. (Ableman, J.) | Home Improvement Fraud | Lead attorney responsible for all phases of litigation including: drafting indictment, discovery, developing litigation and trial strategy, trial preparation, plea negotiations, and conducting the entire trial. |
| *State of Delaware v. Tyrone Anderson*; *State of Delaware vs. Isaiah Cleveland*, Id. Nos. 0804031734 and 0804031043, Del. Super. (Carpenter, J.) | Murder First Degree and related criminal charges | Second chair attorney jointly responsible for all phases of litigation.  Conducted direct examination of witnesses, cross examined defense witnesses and delivered the closing arguments in both cases. Matter involved the simultaneous trial of co-defendants before two juries. |
| *State of Delaware v. Ronald Hankins*, Id. No. 0603026103, Del. Super. (Toliver, J.) | Murder First Degree and related criminal charges | Second chair attorney jointly responsible for all phases of litigation.  Conducted direct examination of witnesses, cross examined defense witnesses and delivered the closing arguments in both the guilt and penalty phases of the trial. |

AO 136 Certificate of Good Standing
(Delaware, Rev. 2/2013)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF GOOD STANDING

I, John A. Cerino, Clerk of the United States District Court for the District of Delaware,

DO HEREBY CERTIFY THAT

**Gregory C. Strong, Delaware Bar I.D. No. 4664,**

was duly admitted to practice in said Court

on the 19th day of April, 2013,

and is in good standing as a member of the bar of this Court.

Dated at Wilmington, Delaware

on the 19th day of June, 2013

JOHN A. CERINO, Clerk, U.S. District Court

BY: _____
Deputy Clerk

(Seal of the Court)

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Gregory C. Strong** was admitted to practice as an attorney in the Courts of this State on **May 24, 2005,** and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**

I have hereunto set my hand and affixed the seal of said Court at Dover this 19th day of June 2013.

*Cathy L. Howard*

Cathy L. Howard
Clerk of the Supreme Court

