UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
IN RE:                                                        :
                                                              :   Case No.  13-MD-2446 (JMF)
STANDARD & POOR'S RATING                                      :
AGENCY LITIGATION                                             :
                                                              :
                                                              :
-------------------------------------------------------------X

## APPEARANCE OF COUNSEL

To:   The clerk of the court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendants Moody's Corporation and Moody's Investors Service, Inc.

Dated:  New York, New York
        July 8, 2013

                                SATTERLEE STEPHENS BURKE
                                     & BURKE LLP
                                *Attorneys for Moody's Corporation and Moody's
                                Investors Service, Inc..*


                                By:      /s/ Glenn C. Edwards
                                         Glenn C. Edwards
                                230 Park Avenue
                                New York, New York 10169
                                gedwards@ssbb.com
                                T: (212) 818-9200
                                F: (212) 818-9606

1713727_1