**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: _07/16/2013_ |

IN RE                                                    13-MD-2446 (JMF)

STANDARD & POOR'S RATING AGENCY LITIGATION

This Order relates to all actions.                        [PROPOSED] ORDER

JESSE M. FURMAN, United States District Judge:

Counsel for the parties having appeared for an initial conference on July 11, 2013, it is hereby ORDERED that:

1. The motions to stay currently pending in the actions filed by the Attorneys General for the States of Delaware, Maine and Mississippi are hereby DENIED as moot.

2. The parties shall submit two new sets of briefs related to the motions to remand currently pending in actions filed by the Attorneys General ("the State Actions"):  one set of briefs addressing remand issues common to some or all of the State Actions; and a second set of briefs addressing remand issues unique to the action filed by Attorney General for the State of Mississippi ("the Mississippi Action").  Opening and opposition briefs shall not exceed 35 pages; reply briefs shall not exceed 15 pages.

3. The parties to the actions filed by The McGraw-Hill Companies, Inc. and Standard & Poor's Financial Services LLC shall file new briefs related to the motions to dismiss currently pending in those actions.  Opening and opposition briefs shall not exceed 25 pages; reply briefs shall not exceed 10 pages.

4. All of the briefs referred to above shall be submitted according to the following schedule: opening briefs shall be filed no later than August 2, 2013; opposition briefs shall be filed no later than August 23, 2013; reply briefs shall be filed no later than September 9, 2013.

5. The Court hereby DENIES the motions for remand-related discovery pending in the Mississippi Action without prejudice to Defendants' renewing their arguments by filing an affidavit with Defendants' opposition brief to Mississippi's opening remand brief explaining what discovery Defendants contend is needed and why they contend such discovery is needed.

6. The Court shall hear oral argument on the motions to remand and the motions to dismiss on October 4, 2013 at 10:00 a.m.

SO ORDERED

Dated:  July 16, 2013
New York, New York

_____
JESSE M. FURMAN
United States District Judge

